IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY WATSON, et al., | § |
| | § |
|     Plaintiffs, | § |
| | § |
| v. | §   CIVIL ACTION NO. H-10-986 |
| | § |
| KONICA MINOLTA BUSINESS | § |
| SOLUTIONS U.S.A., INC., | § |
| | § |
|     Defendant. | § |

### ORDER

The Memorandum and Recommendation, entered September 2, 2010, is hereby **WITHDRAWN**.

**SIGNED** this 3rd day of September, 2010.

_____
Nancy K. Johnson
United States Magistrate Judge